**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

James Edward Mackey, Maria Mackey,

        Plaintiffs,                      Civil No. 10-647 (RHK/RLE)

vs.                                          **ORDER**

Andrew Shoemaker, individually and in his
Official capacity as a police officer for the
St. Paul Police Department and Metro Gang
Strike Force, John Doe, Sally Roe,

        Defendants.

---

      Although the above matter is venued in the Sixth Division, all proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in St. Paul, Minnesota, unless otherwise directed by the Court.

Dated: March 8, 2010

                                                       s/Richard H. Kyle
                                                       RICHARD H. KYLE
                                                       United States District Judge